**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 23, 2012**

CASE NUMBER:  CV 12-00724 SI
CASE TITLE:  DUNN ET AL-v-AIR & LIQUID SYSTEMS CORPORATION ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/23/12

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 3/23/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA